UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number: 16-10044-CIV-MARTINEZ-GOODMAN**

MAXUM INDEMNITY COMPANY, a foreign corporation,

    Plaintiff,

vs.

3RD GENERATION PLUMBING, INC., et al.,

    Defendants.
_____/

**FINAL SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 56 and 58, and in accordance with the reasons stated in the Court's Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant Estate of Pedro Jose Sanchez's Motion for Summary Judgment [ECF No. 72], final summary judgment is entered in favor of the Plaintiff, Maxum Indemnity Co., and against the Defendants, 3rd Generation Plumbing, Inc., James Massaro and Maria Del Carmen Solis, as Personal Representative of the Estate of Pedro Jose Sanchez. The Court reserves jurisdiction to award costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 9 day of July, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record